McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
1300 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962-2075
(973) 993-8100

Attorneys for Plaintiff,
Power Partners MasTec, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER PARTNERS MASTEC, LLC, <br><br> Petitioner, <br><br> v. <br><br> SUNLIGHT GENERAL SOMERSET SOLAR, LLC; SUNLIGHT GENERAL MORRIS SOLAR, LLC; and SUNLIGHT GENERAL SUSSEX SOLAR, LLC, <br><br> Respondents | Civil Action No. 14-cv-5155 (CCC)(MF) <br><br> ORDER GRANTING THE *PRO HAC VICE* ADMISSION OF CHRISTOPHER J. BELTER, ESQ. AND RYAN G. PITMAN, ESQ. |

**THIS MATTER** having been opened to the Court by Louis A. Modugno, Esq., of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Power Partners MasTec, LLC ("MasTec"), for an Order allowing Christopher J. Belter, Esq. and Ryan G. Pitman, Esq. to appear and participate *pro hac vice* in this matter, and the Court having considered said application; and for other and good cause having been shown pursuant to L. Civ. R. 101.1(c) of the United States Court for the District of New Jersey.

IT IS on this 9 day of September, 2014, hereby

**ORDERED** that Christopher J. Belter, Esq. and Ryan G. Pitman, Esq. of Goldberg Segalla LLP, 600 Lexington Ave., Suite 900, New York, NY 10022, members of the bar of the State of New York, be permitted to appear *pro hac vice* in the above captioned matter pursuant to L.Civ.R. 101.1(c) of the United States District Court for the District of New Jersey; provided however, that all proceedings, briefs and other papers filed with the Court shall be signed by Louis A. Modugno, Esq., or a designated attorney in his office, who is a member in good standing of the Bar of the Supreme Court of New Jersey and the Bar of this Court, who shall be held responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of these proceedings, unless expressly excused by the Court, as well as be held responsible for the conduct of the attorneys admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that Christopher J. Belter, Esq. and Ryan G. Pitman, Esq. shall each pay the annual fee to the New Jersey Lawyer's Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days of receipt of the entry of this Order; and it is further

**ORDERED** that Christopher J. Belter, Esq. and Ryan G. Pitman, Esq. shall each pay $150.00 to the Clerk of the United States District Court for the District of New Jersey in payment of the fee for admission *pro hac vice* in accordance with the March 22, 2005 amendment to L. Civ. R. 101.1(c)(3), *Appearance of Pro Hac Vice; Local Counsel*, within ten (10) days of receipt of the entry of this Order; and it is further

**ORDERED** that Christopher J. Belter, Esq. and and Ryan G. Pitman, Esq. shall be bound by the Local Rules of the United States District Court for the District of New Jersey, including,

but not limited to, the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that Christopher J. Belter, Esq. and Ryan G. Pitman, Esq. shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey State Contingency Fee Rule, Rule 1:21-7, as amended.

_____
HONORABLE MARK FALK