UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| POWER PARTNERS MASTEC, LLC,<br><br>                        Petitioner,<br>   -against-<br><br>SUNLIGHT GENERAL SOMERSET SOLAR, LLC; SUNLIGHT GENERAL MORRIS SOLAR, LLC; and SUNLIGHT GENERAL SUSSEX SOLAR, LLC,<br><br>                        Respondents. | Civil No.: 14-5155 (CCC)<br><br>**CONSENT ORDER** |

THIS MATTER having been opened to the Court by Petitioner, Power Partners MasTec, LLC's ("MasTec"), by and through its attorneys, McElroy, Deutsch, Mulvaney & Carpenter, LLP, and Goldberg Segalla, LLP, and Respondents, SunLight General Somerset Solar, LLC, SunLight General Morris Solar, LLC, SunLight General Sussex Solar, LLC (collectively, "SunLight"), by and through their counsel, Pashman Stein, PC, and the parties having reached an agreement to settle the entire case and controversy as between and among them in this litigation; and for good cause shown,

IT IS on this __4__ day of __March__, 2015

**ORDERED** that Preliminary Injunction and Other Related Relief entered on September 22, 2014, as document number 21, is hereby VACATED.

                                                                       _____<br>
                                                                       Hon. Claire C. Cecchi,<br>
                                                                       United States District Judge

The following parties consent
To the entry of this Order

MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP
Attorneys for Plaintiff,
Power Partners Mastec, LLC

By: /s/ *Louis Modugno*
LOUIS A. MODUGNO, Esq.
100 Mt. Kemble Avenue
P.O. Box 2075
Morristown, New Jersey 07962

PASHMAN STEIN, PC
Attorneys for Defendants,
SunLight General Somerset Solar, LLC,
SunLight General Morris Solar, LLC, and
SunLight General Sussex Solar, LLC

By: /s/ *Brendan Walsh*
BRENDAN M. WALSH, Esq.
21 Main Street, Suite 100
Hackensack, New Jersey 07601